AO 91, Rev. 11/82 (S. Grieb Authorizing)    **CRIMINAL COMPLAINT**    # 14-049

| | |
|---|---|
| **United States District Court** | **DISTRICT** Eastern District of Pennsylvania |
| UNITED STATES OF AMERICA<br>v.<br>ROBERT JOHN COPPACK | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>14-497-M    **FILED MAY 1 4 2014**    MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

Complaint for violation of Title 49, United States Code § 46504

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable M. FAITH ANGELL | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| May 13, 2014 | on US Airways Flight 728 | Warmsprings Rd., Laverne, California |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 13, 2014, in the special aircraft jurisdiction of the United States, namely on board US Airways Flight 728, traveling from Philadelphia, Pennsylvania, to London, United Kingdom, in the Eastern District of Pennsylvania and elsewhere, defendant ROBERT JOHN COPPACK intimidated US Airways flight crew members and attendants, and interfered with the performance and duties of the flight crew members and attendants, and lessened the ability of the flight crew members and attendants to perform those duties.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
Brian Jones

OFFICIAL TITLE
Special Agent, Homeland Security Investigations

Sworn to before me and subscribed in my presence,

SIGNATURE OF MAGISTRATE [1]
Honorable M. FAITH ANGELL, United States Magistrate Judge

DATE 5/14/14

1) See Federal Rules of Criminal Procedure rules 3 and 54.

# AFFIDAVIT

14-497-M

I, Brian L. Jones, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the United States, Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations and the agency formally known as Immigration and Naturalization Service within the Department of Justice since May of 1996. I am currently assigned as a detailed Special Agent to the Federal Bureau of Investigation, Joint Terrorism Task Force, Domestic Terrorism Squad and serve as a law enforcement liaison to the Philadelphia International Airport.

2. I have conducted investigations involving international terrorism and domestic threats of terrorism as it relates to aviation. Through training and investigations, I have become familiar with the airport and commercial airline operations, specifically the operations at the Philadelphia International Airport.

3. The information in this Affidavit is based upon my personal knowledge, interviews with Robert John COPPACK, US Airways employees and other witnesses, and review of various records, as well as information supplied to me by law enforcement officers in Philadelphia, Pennsylvania. What follows is not all of the information I have uncovered during my investigation.

4. During the course of my duties, I became involved in the investigation of the defendant Robert John COPPACK. The defendant is a native and citizen of the United States who also claims to be a citizen of the United Kingdom. COPPACK presented a passport issued by the United Kingdom for identification purposes.

5. On May 13, 2014, I received a notice that US Airways Flight 728 that

had departed Philadelphia, Pennsylvania, to London, United Kingdom, was returning to Philadelphia because a passenger, later identified as Robert John COPPACK, had caused a disturbance on board and had to be physically restrained. The flight crew needed the assistance of Federal Air Marshals on board to place the individual in handcuffs and physically restrain him.

6. Once the aircraft had returned to the terminal, COPPACK was removed from the aircraft by numerous law enforcement officers. It was evident at this point that COPPACK was extremely intoxicated and verbally and physically aggressive. He was moved to a detention area with the Federal Inspection Area. Law enforcement officials were able to interview the flight crew and passengers to determine what had occurred.

7. Two female passengers on US Airways Flight 728 complained to one of the US Airways flight attendants that COPPACK had touched both inappropriately and that they felt uncomfortable sitting next to him. They further stated that he had told them he was drinking vodka.

8. The flight attendant told COPPACK not to touch anyone, but he continued to do so. He became aggressive and used vulgar language to her and the passengers around him. He was instructed to stand and walk to the rear of the aircraft. These instructions needed to be repeated numerous times before he complied. During this time, he continued to use vulgar and offensive language to the flight attendant and the other passengers.

9. COPPACK proceeded to walk to the rear of the aircraft. However, during his walk down the aisle, he physically touched another female passenger on the arm and breast. This passenger, a retired flight attendant, stated that this physical encounter was

purposeful and she believed it to be sexual in nature.

10. COPPACK was confronted at the rear of the aircraft by United States Federal Air Marshals who were on the aircraft in an official capacity. The Marshals identified themselves as law enforcement officials and instructed COPPACK to use proper behavior. Upon this initial encounter, COPPACK became verbally aggressive and at one point stated that he was going to physically assault them if they did not leave him alone. At this point, the Marshals forcefully placed COPPACK in handcuffs and conducted a pat down of his person. COPPACK was restrained in a seat in the rear of the aircraft with the Marshals.

11. Law enforcement officers attempted to interview the defendant but he was physically aggressive and belligerent and requested to speak to the Consulate of the United Kingdom.

12. Based upon the foregoing, I believe that probable cause exists to arrest Robert John COPPACK for the following charge: intimidation of a flight crew member or attendant of an aircraft, interfering with the performance of the duties of the member or attendant, lessening the ability of the member or attendant to perform those duties within the special aircraft jurisdiction of the United States, on May 13, 2014, in violation of Title 49, United States Code, Section 46504.

_____
Brian L. Jones
Special Agent, Homeland Securities Investigations

Sworn and Subscribed before me this
14th of May, 2014

_____
HONORABLE M. FAITH ANGELL
United States Magistrate Judge